IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 6 1998

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Terry and Joey Armstrong

    Plaintiffs,

vs.

CIVIL ACTION FILE NO. _____

LR-C- 98 . 532

Cooper Communities, Inc. D/B/A
Hot Springs Village

    Defendant.

## COMPLAINT FOR DAMAGES

NOW COMES THE PLAINTIFFS, above-named, and hereby file their Complaint for Damages against the Defendant, Cooper Communities, Inc. D/B/A Hot Springs Village, by stating the following:

### Jurisdiction and Venue

1.

Plaintiffs are residents of the State of Mississippi and diversity of jurisdiction exists between the Plaintiffs and the Defendant.

2.

Defendant Cooper Communities, Inc. is a corporation, duly organized and existing under and by virtue of the laws of the State of Arkansas, doing business as Hot Springs Village in Hot Springs, Arkansas. Cooper Communities, Inc. has the registered agent of The Corporation Company located at 425 W. Capitol Avenue, Ste 1700, Little Rock, AR 72201.



DOCUMENT NUMBER
/
JAMES W. McCORMACK
CLERK OF COURT

3.

All the acts complained of herein occurred within the Eastern District of Arkansas and venue lies in the Little Rock Division of the Eastern District. This Court's jurisdiction is based on 28 U.S.C. section 1332. The matter in controversy exceeds, exclusive of interests and costs, the sum of $50,000.00.

**Factual Allegations:**

4.

On or about August 7, 1995 the plaintiffs traveled to Hot Springs Village to discuss trading their lot for another lot. After meeting with Mr. Clay Franklin, a sales representative and agent of Cooper Communities, Inc. D/B/A Hot Springs Village, and upon his recommendations and encouragement, they previewed Lot 2 of Pertusa Subdivision alone, which was a newly developed, primitive area at the top of the mountain. Mr. Franklin encouraged them to preview the lot by themselves and provided them a map which he personally marked to give them directions to the lot. That plaintiff, Mrs. Armstrong, was seriously injured when walking down from the lot to her car. Being business invitees, the defendant owed the plaintiffs the highest duty of care that required the defendant take steps to protect the plaintiffs from hazardous conditions existing on the property.

5.

Defendant's negligence caused serious bodily injury to plaintiff, Mrs. Armstrong. As a result of the injuries and damages sustained by Mrs. Armstrong, her husband has suffered a loss of his wife's services, society, companionship, and marital relationship which was proximately caused by the negligence of the defendant.

6.

WHEREFORE, Plaintiffs request a jury trial and pray for damages as follows: special and consequential damages as shown by the evidence at trial, past, present, and future medical costs and pain and suffering as determined by the enlightened conscience of a fair and impartial jury; punitive damages, costs of the court, clerk and sheriff; attorney's fees and such other relief as this Court deems just and proper.

Respectfully submitted this 6th day of Aug, 1998.

James O. Clawson
Attorney at Law
1100 W. Second Street, Ste 2
Little Rock, AR 72201
501-374-6710
ABA90-219